No. 89–1719. PANTOJA ET AL. *v.* TEXAS GAS TRANSMISSION CORP. ET AL., 497 U. S. 1024. Motion of petitioner Chris Pedersen for leave to proceed further herein *in forma pauperis* granted. Petition for rehearing denied.

OCTOBER 12, 1990

No. 89–2013. CLING SURFACE CO., INC. *v.* GEAN ET UX. C. A. 11th Cir. Certiorari dismissed under this Court's Rule 46.

A–256. KOPP ET AL. *v.* SERVICE EMPLOYEES INTERNATIONAL UNION, AFL–CIO, ET AL. Application for stay of enforcement of injunction issued by the United States District Court for the Eastern District of California, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied.